IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,  )
                             )   2:10-cv-01753-GEB-CKD
         Plaintiff,          )
                             )
    v.                       )   ORDER RE: SETTLEMENT AND
                             )   DISPOSITION
SCOTT ANTHONY GILLER,        )
individually and dba DILLIAN'S )
BAR & GRILL,                 )
                             )
         Defendant.          )
_____)

Plaintiff filed a "Request for Judicial Notice of Settlement" on January 4, 2012, in which it states, the parties "have settled *all* claims relative to the above-entitled action in *their entirety*," and "[s]ettlement documents, including a Stipulation of Dismissal[,] are being prepared for defense counsel by Plaintiff's counsel," which "Plaintiff's counsel anticipates . . . will be filed with the Court, promptly." (ECF No. 15.)

Therefore, a dispositional document shall be filed no later than January 25, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

Further, the final pretrial conference scheduled for hearing on January 17, 2012, is continued to commence at 1:30 p.m. on March 5, 2012, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated: January 10, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2