IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

        Plaintiff,

    v.

SCOTT ANTHONY GILLER,
individually and dba DILLIAN'S
BAR & GRILL,

        Defendant.

2:10-cv-01753-GEB-CKD

ORDER RE: SETTLEMENT AND DISPOSITION

        Plaintiff filed a "Request for Judicial Notice of Settlement" on January 4, 2012, in which it states, the parties "have settled *all* claims relative to the above-entitled action in *their entirety*," and "[s]ettlement documents, including a Stipulation of Dismissal[,] are being prepared for defense counsel by Plaintiff's counsel," which "Plaintiff's counsel anticipates . . . will be filed with the Court, promptly." (ECF No. 15.)

        Therefore, a dispositional document shall be filed no later than January 25, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the final pretrial conference scheduled for hearing on January 17, 2012, is continued to commence at 1:30 p.m. on March 5, 2012, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated: January 10, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2